```
 1 | DANIEL J. BRODERICK, #89424
   | Federal Defender
 2 | LINDA HARTER, Bar #179741
   | Chief Assistant Federal Defender
 3 | Designated Counsel for Service
   | SAGE KAVENY
 4 | Certified Student Attorney
   | 801 I Street, 3rd Floor
 5 | Sacramento, California 95814
   | Telephone: (916) 498-5700
 6 |
 7 |
   | Attorney for Defendant
 8 | DANNY KILLIAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:11-MJ-292 KJN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO VACATE THE COURT TRIAL AND SET FOR A CHANGE OF PLEA |
| DANNY KILLIAN, | ) | |
| Defendant. | ) | Date: October 31, 2011 |
| | ) | Time: 9:00 a.m. |
| | ) | Judge: Kendall J. Newman |

The United States Attorney through his respective counsel, Justin Lee, Special Assistant United States Attorney, and Linda Harter, Attorney for DANNY KILLIAN, hereby stipulate to vacate the court trial set for October 31, 2011 at 9:00am.

///

///

///

Pursuant to Rule 58(c)(2)(A) Defendant waives venue and consents to disposition of this case in the Fresno Division of the Eastern District of California where he resides. Accordingly, the parties jointly request that a change of plea hearing be scheduled for October 20, 2011 at 1:30pm before Magistrate Judge Dennis L. Beck in Courtroom 9.

Dated: October 13, 2011            Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for DANNY KILLIAN

Dated: October 13, 2011            BENJAMIN B. WAGNER
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Special Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED. THIS CASE IS TO BE TRANSFERRED TO THE FRESNO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA PURSUANT TO RULE 58(C)(2)(A).**

DATED: October 14, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE